IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY COOK,<br><br>             Plaintiff,<br><br>  v.<br><br>SANTA CLARA DEPARTMENT OF CORRECTIONS,<br><br>             Defendants.<br>                                    / | No. C 09-0772 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

      This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because he had failed to include a copy of his prisoner trust account statement as required by 28 U.S.C. § 1915(a)(2) and had omitted page five of the form application. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiency within thirty days. No response has been received.

      Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: April   7  , 2009.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\COOK0772.DSM-IFP.wpd